IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LAURA JEAN BARNES,**

    **Plaintiff,**

**v.**                                                          **Case No. 1:20-cv-277-AW-GRJ**

**KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have carefully considered the magistrate judge's April 8, 2022 Report and Recommendation, ECF No. 21, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on May 26, 2022.

                                                     s/ *Allen Winsor*
                                                     United States District Judge